**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEE SOOK AHN,<br><br>                Plaintiff,<br><br>        v.<br><br>GARY LIANG INVESTMENT LLC;<br>and DOES 1 to 10,<br><br>              Defendants. | Case No. 2:22-cv-00710-MCS-E<br><br>**JUDGMENT** |

Pursuant to the Court's Order Denying Motion for Default Judgment, it is ordered, adjudged, and decreed that the Complaint is dismissed. The case is dismissed without prejudice for lack of jurisdiction. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: May 18, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1